IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 06-203 |
| | )   (Civil Action No. 13-416) |
| MARK BRADFORD YARBROUGH, SR. | ) |

ORDER

AND NOW, this  3rd  day of May, 2013, upon consideration of the Government's Motion to Extend Time to File Response to Defendant's Motion to Vacate [document #207], IT IS HEREBY ORDERED that said motion is GRANTED and any response is now due May 30, 2013. Any reply to the response shall now be due on or before June 20, 2013.

s/Terrence F. McVerry
United States District Judge,
as Miscellaneous Judge