IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BRADFORD YARBROUGH, SR., )
    Petitioner, )
)
) Crim. Action No. 06-203
v. ) Civil Action No. 13-416
)
UNITED STATES OF AMERICA, )
    Respondent. )

## JUDGMENT ORDER

AND NOW, this 17th day of July, 2013, the Court having denied Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                                      S/Maurice B. Cohill, Jr.
                                      Maurice B. Cohill, Jr.
                                      Senior District Court Judge

cc:

    Mark Bradford Yarbrough, Sr., pro se
    FCI Pollock
    Box 4050
    Pollock, LA 71467